JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL CLAUDER, | ED CV 14-2011 PA (JCx) |
| Plaintiff, | JUDGMENT |
| v. | |
| COUNTY OF SAN BERNARDINO; GARY PENROD; and MICHAEL PELKEY, | |
| Defendants. | |

Pursuant to the Court's January 11, 2016 Minute Order granting the Motion for Summary Judgment filed by defendants County of San Bernardino, Gary Penrod, and Michael Pelkey (collectively "Defendants"), which granted summary judgment to Defendants on the claims asserted by plaintiff Samuel Clauder ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed with prejudice.

. . . .

. . . .

. . . .

1       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take
2 nothing and that Defendants shall have their costs of suit.
3       IT IS SO ORDERED.

5 DATED: January 11, 2016

                                      Percy Anderson
                            UNITED STATES DISTRICT JUDGE